IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FIDEL JUAREZ FRANCISCO

v.

J. L. JAMISON, *et al.*

CIVIL ACTION

No. 26-1321

## ORDER

**AND NOW**, this 4th day of March, 2026, upon consideration of the petition for a writ of habeas corpus, and the response thereto, it is hereby **ORDERED**:

1. The petition (ECF No. 1) is **GRANTED** for the reasons in the accompanying memorandum.

2. Respondents shall **IMMEDIATELY RELEASE** Juarez Francisco from custody and certify compliance with this Order by a filing on the docket no later March 6, 2026, regarding Juarez Francisco's custody status. Respondents shall return to Juarez Francisco immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3. Respondents are **ENJOINED** for a period of seven days following Juarez Francisco's release from custody pursuant to this order from detaining Juarez Francisco based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

---

[1] Juarez Francisco is not subject to mandatory detention under 8 U.S.C. § 1225. If Juarez Francisco is not released from custody because he is otherwise detained, for instance on a criminal or

4.   If the government seeks to detain Juarez Francisco after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Juarez Francisco's remedy will recur.

BY THE COURT:

/s/ Catherine Henry

**CATHERINE HENRY, J.**

---

civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.